1  **MAKAREM & ASSOCIATES APLC**
2  Ronald W. Makarem (SBN 180442)
   Samuel D. Almon (SBN 243569)
3  11601 Wilshire Boulevard, Suite 2440
   Los Angeles, California 90025-1760
4  Phone: (310) 312-0299; Fax: (310) 312-0296

5  Attorneys for Plaintiffs FRANK J. FODERA, JR.
   And MICHAEL M. BONELLA, individually and
6  On behalf of all others similarly situated.

7  Mia Farber (SBN 131467)
   mia.farber@jacksonlewis.com
8  Nima Darouian (SBN 271367)
   nima.darouian@jacksonlewis.com
9  **JACKSON LEWIS P.C.**
   725 South Figueroa Street, Suite 2500
10 Los Angeles, California 90017-5408
   Telephone:    (213) 689-0404
11 Facsimile:    (213) 689-0430

12 Attorneys for Defendant
   EQUINOX HOLDINGS, INC.

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANK J. FODERA, JR. and MICHAEL M. BONELLA, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>EQUINOX HOLDINGS, INC., a Delaware corporation; and DOES 1-50, inclusive,<br><br>Defendants. | Case No.: 3:19-cv-05072-WHO<br><br>**STIPULATION FOR FILING OF AMENDED COMPLAINT** |

Plaintiffs Frank J. Fodera, Jr. ("Fodera") and Michael M. Bonella ("Bonella") (collectively "Plaintiffs") and Defendant Equinox Holdings, Inc. ("Defendant") (collectively the "Parties"), by and through their respective attorneys of record, hereby stipulate that Plaintiffs may file a Third Amended Complaint, a copy of which is attached hereto as Exhibit A.

Dated: July 12, 2021                    MAKAREM & ASSOCIATES APLC

                                        *
                                        By: /s/ Samuel D. Almon
                                            Ronald W. Makarem
                                            Samuel D. Almon
                                            Attorneys for Plaintiffs
                                            FRANK J. FODERA, JR. and MICHAEL M.
                                            BONELLA, individually and on behalf of all others
                                            similarly situated.

Dated: July 12, 2021                    JACKSON LEWIS P.C.

                                        By: /s/ Nima Darouian
                                            Mia Farber
                                            Nima Darouian
                                            Attorneys for Defendant
                                            EQUINOX HOLDINGS, INC.

* The e-filing attorney hereby attests that concurrence in the content of the foregoing document and authorization to file the foregoing document has been obtained from the other signatory indicated by a conformed signature (/s) with the foregoing e-filed document.

4833-3158-3699, v. 1