UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANK J. FODERA, JR., et al.,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>EQUINOX HOLDINGS, INC.,<br><br>　　　　　Defendant. | Case No. 19-cv-05072-WHO<br><br>**ORDER GRANTING IN PART MOTION FOR EXTENSION OF TIME**<br><br>Re: Dkt. No. 72 |

Having reviewed defendant's motion for an extension of time to file a response to plaintiffs' motion to certify class, and some good cause appearing, the request for additional time is GRANTED in part.

Defendant's response is due by February 4, 2022. Because I am granting the defendant additional time to respond, I will allow the plaintiffs additional time to file any reply. Plaintiffs' reply is due by February 18, 2022. The hearing on the motion for class certification, currently set for February 9, 2022, is rescheduled for March 9, 2022, at 2:00 p.m.

**IT IS SO ORDERED.**

Dated: January 18, 2022

William H. Orrick
United States District Judge