Mia Farber (SBN 131467)
*Mia.Farber@Jacksonlewis.com*
Thomas G. Mackey (SBN 174572)
*Thomas.Mackey@Jacksonlewis.com*
Veronica Hunter (SBN 259859)
*Veronica.Hunter@Jacksonlewis.com*
**JACKSON LEWIS P.C.**
725 South Figueroa Street, Suite 2500
Los Angeles, California  90017-5408
Telephone:  (213) 689-0404
Facsimile:  (213) 689-0430

Attorneys for Defendant
EQUINOX HOLDINGS, INC.

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANK J. FODERA, JR. and MICHAEL M. BONELLA, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>EQUINOX HOLDINGS, INC., a Delaware corporation; and DOES 1-50, inclusive,<br><br>Defendants. | **CASE NO.:   3:19-cv-05072-WHO**<br><br>[*Assigned to the Honorable William H. Orrick*]<br><br>~~**PROPOSED**~~ **ORDER CONTINUING THE HEARING ON PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL [ECF NO. 67] [CIV. L.R. 6-3] [(UNOPPOSED)]**<br><br>*Filed concurrently with Defendant's Notice of Motion and Motion*<br><br>Hearing Date:     February 9, 2022<br>Hearing Time:     2:00 p.m.<br>Courtroom:          2 |

Having considered Defendant's Unopposed Notice of Motion and Administrative Motion to Continue the Hearing on Plaintiffs' Administrative Motion to Consider Whether Another Party's Material Should be Sealed. (ECF No. 67) [ECF No. 67] [Civ. L.R. 6-3] [(UNOPPOSED)], and the arguments submitted by the Parties, the Court orders as follows:

1.      The hearing on Plaintiffs' Administrative Motion to Consider Whether Another Party's Material Should be Sealed. (ECF No. 67) is hereby continued from the current hearing date of Wednesday, February 9, 2022 to Wednesday, March 9, 2022 at 2:00 p.m., such that the Motion to Seal will be heard along with Plaintiffs' Motion to Certify Class. (ECF No. 68.)

**IT IS SO ORDERED.**

Dated: February 8, 2022

_____
HONORABLE WILLIAM H. ORRICK
JUDGE OF THE UNITED STATES DISTRICT COURT,
NORTHERN DISTRICT

4877-3932-9805, v. 1

3:19-cv-05072-WHO

[PROPOSED] ORDER
CONTINUTING THE HEARING ON
DEFENDANT'S MOTION TO SEAL