1  Mia Farber (SBN 131467)
   *Mia.Farber@Jacksonlewis.com*
2  Thomas G. Mackey (SBN 174572)
   *Thomas.Mackey@Jacksonlewis.com*
3  Veronica Hunter (SBN 259859)
   *Veronica.Hunter@Jacksonlewis.com*
4  **JACKSON LEWIS P.C.**
   725 South Figueroa Street, Suite 2500
5  Los Angeles, California  90017-5408
   Telephone:  (213) 689-0404
6  Facsimile:   (213) 689-0430

7  Attorneys for Defendant
   EQUINOX HOLDINGS, INC.
8

9                 **UNITED STATES DISTRICT COURT**

10               **NORTHERN DISTRICT OF CALIFORNIA**

11

12 | FRANK J. FODERA, JR. and MICHAEL M. | **CASE NO.:    3:19-cv-05072-WHO**
   | BONELLA, individually and on behalf of all |
13 | others similarly situated, | [*Assigned to the Honorable William H. Orrick, Courtroom 2*]
14 |                 Plaintiffs, |
   | | **JOINT STIPULATION TO MODIFY**
15 |       vs. | **BRIEFING SCHEDULE REGARDING**
   | | **PLAINTIFFS' MOTION FOR PARTIAL**
16 | EQUINOX HOLDINGS, INC., a Delaware | **SUMMARY JUDGMENT**
   | corporation; and DOES 1-50, inclusive, |
17 | |
   | |
18 |                 Defendants. | Complaint Filed:        April 3, 2019
   | | Trial Date:              February 7, 2022
19
20
21

22         Plaintiffs,  FRANK  J.  FODERA,  JR.,  MICHAEL  M.  BONELLA  and  GENEVIEVE  BILLSON

23 ("Plaintiffs"), and Defendant EQUINOX HOLDINGS, INC. ("Defendant") (collectively referred to herein

24 as the "Parties"), by and through their respective attorneys, hereby submit the following Joint Stipulation

25 to slightly modify the briefing schedule regarding Plaintiffs' Motion for Partial Summary Judgment (ECF

26 No. 152) as follows:

27 ///

28

1    WHEREAS, on July 21, 2022, Plaintiffs' filed their Partial Motion for Summary Judgment

2  ("Motion");

3    WHEREAS, under Local Rule 7-3(a), Equinox's Opposition to Plaintiffs' Motion is due today,

4  August 4, 2022;

5    WHEREAS, under Fed. R. Civ. P. 6(b), "When an act may or must be done within a specified

6  time, the court may, for good cause, extend the time: (A) with or without motion or notice if the court

7  acts, or if a request is made, before the original time or its extension expires";

8    WHEREAS, the Parties agree that good cause exists to extend Equinox's Response deadline

9  to be Tuesday, August 9, 2022 in order to facilitate ongoing settlement discussions;

10    WHEREAS, this Joint Stipulation is made before the deadline for Equinox to file its Response;

11    **THEREFORE**, pursuant to the foregoing recitals, the Parties now stipulate and agree that

12    1.  Equinox's Opposition to Plaintiffs' Motion must be filed and served no later than Tuesday,

13        August 9, 2022;

14    2.  Plaintiffs'' Reply to Equinox's Opposition must be filed and served Tuesday, August 16,

15        2022.

16    IT IS SO STIPULATED.

17

18  Dated:  August 4, 2022                    **MAKAREM & ASSOCIATES APLC**

19

20

21                                    By  /s/ *Samuel D. Almon*
                                         Ronald W. Makarem
                                         Samuel D. Almon
22                                       Jack Ryan

23                                       Attorneys for Plaintiffs
                                         FRANK J. FODERA, JR., MICHAEL M.
24                                       BONELLA, and GENEVIEVE BILLSON

25  ///

26  ///

27  ///

28  ///

1   Dated:  August 4, 2022                          **JACKSON LEWIS P.C.**

2

3

4                                                   By  /s/ *Mia Farber*
                                                    Mia Farber
5                                                   Thomas G. Mackey
                                                    Veronica Hunter
6
                                                    Attorneys for Defendant
7                                                   EQUINOX HOLDINGS, INC.

8                                          **SIGNATURE ATTESTATION**

9          In compliance with L.R. 5-1(h)(3), I, Mia Farber, attest that I and the other signatory concur in

10   this filing's content and that on August 4, 2022, I obtained authorization to use the other signatory's

11   electronic signature.

12

13   Dated:  August 4, 2022                          **JACKSON LEWIS P.C.**

14

15

16                                                  By  /s/ *Mia Farber*
                                                    Mia Farber
17                                                  Thomas G. Mackey
                                                    Veronica Hunter
18
                                                    Attorneys for Defendant
19                                                  EQUINOX HOLDINGS, INC.

20

21

22

23

24

25

26

27

28

1

## [PROPOSED] ORDER

2

3    Upon consideration of the Parties' Joint Stipulation to Modify Briefing Schedule Regarding

4    Plaintiffs' Motion for Partial Summary Judgment, and good cause having been shown, IT IS HEREBY

5    ORDERED:

6        1.   Equinox's Opposition to Plaintiffs' Motion must be filed and served no later than Tuesday,

7             August 9, 2022;

8        2.   Plaintiffs'' Reply to Equinox's Opposition must be filed and served Tuesday, August 16,

9             2022.

10

11   Dated: August 4, 2022                      _____

12                                              Honorable William H. Orrick
                                                United States District Court Judge

     4873-1700-9197, v. 1

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28